## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-CR-00029-KD |
| | ) | |
| DARICK DEWAYNE DILLARD | ) | |

### FINAL ORDER OF FORFEITURE

This cause now comes before the Court upon the United States' motion for a Final

Order of Forfeiture for the following property:

**One Century Arms, model RAS 47, rifle bearing serial number: RAS47066714; and, One Kel-Tec, model PLR-22 pistol bearing serial number U2P88.**

The Court hereby finds that the motion is due to be **GRANTED**, for the reasons

set forth herein and as set out below:

On December 2, 2021, the United States filed a motion for preliminary order of

forfeiture for the two firearms. (Doc. 56, PageID.704-707). In that motion, the United

States established the defendant's interest in the property and the nexus between the

property and the defendant's conviction for Counts One and Two of the Indictment. On

December 6, 2021, pursuant to 18 U.S.C. § 924(d), Title 28 U.S.C. § 2461(c) and Fed. R.

Cr. P. 32.2(b)(2), the Court entered a preliminary order of forfeiture for the two firearms.

(Doc. 57, PageID.711-713)

In accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P.

32.2(b)(6), the United States published notice of the forfeiture, and of its intent to dispose

of the two firearms on the official government website, www.forfeiture.gov, beginning

on December 8, 2021 and ending on January 6, 2021. The publication gave notice to all

third parties with a legal interest in the property to file with the Clerk of the Court, 155 St. Joseph Street, Mobile, AL 36602, and a copy served upon Assistant United States Attorney Andrew D. Arrington, 63 South Royal Street, Suite 600, Mobile, AL 36602, a petition to adjudicate their interest within 60 days of the first date of publication. No third party filed a petition or claimed an interest in the property, and the time for filing any such petition has expired.

Further, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), forfeiture of the two firearms became final as to the defendant, Darick Dewayne Dillard, at the time of sentencing and was made a part of the sentence and included in the judgment. (Doc. 96, PageID.1048)

Thus, the United States has met all statutory requirements for the forfeiture of the two firearms, and it is appropriate for the Court to enter a final order of forfeiture.

**NOW, THEREFORE**, the Court having considered the matter and having been fully advised in the premises, it is hereby **ORDERED, ADJUDGED and DECREED** that for good cause shown, the United States' motion is **GRANTED**. Under 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(c)(2), all right, title, and interest in the two firearms are **CONDEMNED, FORFEITED and VESTED** in the United States for disposition according to law; and

**IT IS FURTHER ORDERED** that the Bureau of Alcohol, Tobacco, Firearms and Explosives or other duly authorized federal agency take the two firearms into its secure custody and control for disposition according to law; and,

**IT IS FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7), the United States of America has clear title to the two firearms and may warrant good title to any subsequent purchaser or transferee; and

**IT IS FURTHER ORDERED** that the Bureau of Alcohol, Tobacco, Firearms and Explosives or other duly authorized federal agency is hereby authorized to dispose of the two firearms in accordance with the law; and

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**DONE AND ORDERED** this the **28th** day of **June 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**